UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No.: 20-mj-30115

MICHAEL MC SHAN,

        Defendant.

_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for Defendant.

    I certify that I am admitted to practice in the Court.

                                       Respectfully submitted,

                                       **FEDERAL COMMUNITY DEFENDER**

                                       *s/Jonathan M. Epstein*
                                       Attorney for Defendant
                                       613 Abbott St., Suite 500
                                       Detroit, MI 48226
                                       Phone: 313-967-5840
                                       E-mail: jonathan_epstein@fd.org
                                       P38101

Date: March 5, 2020